Certificate Number: 02910-CT-DE-008609288

Bankruptcy Case Number: 09-51725

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 8, 2009 , at 9:02 o'clock AM EDT ,

Elena Meli completed a course on personal financial

management given by internet by

InCharge Education Foundation, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Connecticut .

Date: October 8, 2009                    By    /s/Overton Kuhn

                                         Name  Overton Kuhn

                                         Title Customer Support Representative

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
Southern District of New York

In re _Elena Meli_____,        Case No. _09 - 51725_____

                  Debtor                    Chapter _7_

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐   I, _Elena Meli_____ (Printed Name of Debtor), the debtor in the above-styled case, hereby certify that on _____10-8-09_____ (Date), I completed an instructional course in personal financial management provided by _InCharge Education Foundation_ (Name of Provider), an approved personal financial management provider.

Certificate No.: _0910 CT-DE -0086.09288_

☐   I, _Elena Meli_____ (Printed Name of Debtor), the debtor in the above-styled case, hereby certify that no personal financial management course is required because of [Check the appropriate box.]:

   ☐   Incapacity or disability, as defined in 11 U.S.C. § 109(h);

   ☐   Active military duty in a military combat zone; or

   ☐   Residence in a district in which the United States Trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _Elena Meli_____

Date: _10-16-09_____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)