Form ctmfmc

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In Re:  Elena Meli
      Debtor(s)

Case No.: 09–51725

Chapter: 7

**Court's motion to determine if discharge should enter for failure to file:**

xxxxxxxxxx Financial Management Certificate pursuant to §727(a)(11) or §1328(g)(1)

And/Or

xxxxxxxxxxxx Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form B23)

Dated: 12/9/09

*Deborah S. Hunt*

Deborah S. Hunt, Clerk